453 A.2d 1

In re WTAE–TV, A DIVISION OF the HEARST CORPORA-
TION, Pennsylvania Association of Broadcasters, Radio Televi-
sion News Directors Association and First Amendment Coali-
tion, Petitioners.

Supreme Court of Pennsylvania.

Dec. 16, 1982.

ORDER

AND NOW, this 1st day of October, 1980, the Order of
this Court dated September 20, 1979, shall remain in effect
until further Order of this Court.